# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| COACH INC., AND ) <br> COACH SERVICES, INC. ) <br> ) <br>     PLAINTIFFS, ) <br> ) <br> VS. ) <br> ) <br> KIM'S MANAGEMENT, INC ) <br> METRO MART USA AND ) <br> MUYOUNG KIM ) <br> ) <br>     DEFENDANTS, ) | CIVIL ACTION FILE <br><br> NO. 1:10-CV-02746-JOF |

_____

## MOTION FOR SUMMARY JUDGMENT
_____

COME NOW, Plaintiffs Coach, Inc. and Coach Services, Inc., (herein collectively referred to as "Coach" or "Plaintiff") and files this Motion for Summary Judgment and shows this Court the following:

1.

Pursuant to F.R.C.P. §56, Coach seeks, and herein moves for, summary judgment on its claims of Contributory Trademark Infringement, Contributory Copyright Infringement, and Vicarious Copyright Infringement.

2.

Coach seeks as remedies $7,600,000.00 (7.6 Million Dollars) for all trademark claims; $480,000.00 (Four Hundred Eighty Thousand Dollars) for all copyright claims; a reasonable and suitable injunction, and an award of attorney's fees.  All other claims and theories of recovery have been dismissed.

3.

In support of this Motion, Coach relies upon the following:

(1)   All pleadings and filings of record in this case

(2)   Defendants' Responses to Plaintiff's Written Discovery, including interrogatories, request for documents, and request to admit.

(3)   Documents produced by Defendants in discovery.

(4)   Depositions taken in this case:

    a. Muyong Kim
    b. Bong Chung
    C. Mark Hunt
    D. Mark Scotton
    E. Wayne Grooms
    F. Richard Escher
    G. James Ginn
    H. Philip Brooks
    I. Tiffany Walden
    J. Ken Stapler
    K. Darrin Bell

4.

In addition, Coach relies upon the transcript of the proceedings made at the hearing on its granted motion for temporary injunction.

WHEREFORE, Coach prays that this Motion be granted, that the Court award the statutory damages requested above as allowed by law, permanently enjoin Defendants from the conduct complained of herein, for an award of attorney's fees, and for such other and further relief deemed necessary and just by this Court.

[Signatures on next page]

This the 28th day of July, 2011.

*/s/ Ryan Isenberg*
Ryan L. Isenberg
Georgia Bar No. 384899
7000 Peachtree Dunwoody Rd
Building 15, Suite 100
Atlanta, Georgia 30328
770-351-4400 (Voice)
678-990-7737 (Fax)
Ryan@isenberg-hewitt.com

*/s/ Matthew Kilgo*
Matthew W. Kilgo
Georgia Bar No. 661570
135 Mt. Vernon Road, Ste. 200
Atlanta, Georgia 30338
770.685.6400 p
770.685.6403 f
mwkilgo@kilgolaw.com

*Attorneys for Plaintiffs*

## Certificate of Service

This is to certify that I have this day filed the foregoing using the CM\ECF system, which will deliver notice to counsel for the Defendants.

*/s/ Ryan Isenberg*